# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jorge Alejandro Rojas

                     Plaintiff,

v.                                              Case No.: 1:23–cv–00790
                                                Honorable Manish S. Shah

Elegant Solar, Inc, et al.

                     Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 24, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. Defendants Nicole Marko and Elliott Marko appear by telephone. No attorney appears on behalf of Defendant Elegant Solar, Inc. For the reasons stated in open court, the motion for default judgment [19] is granted in part. Judgment is entered in favor of plaintiff and against defendants Nicole Marko, Elliott Marko, and Elegant Solar, Inc., jointly and severally, in the amount of $3,000. Enter Judgment. Plaintiff has leave to file a bill of costs. Terminate civil case. The court advised the individual defendants that Elegant Solar cannot appear in federal court without an attorney, and that they should consult Federal Rules of Civil Procedure 59 and 60 when they consider their options for post–judgment relief. Defendants should also consult Federal Rule of Appellate Procedure 4. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.