# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jorge Rojas,

Plaintiff,

v.

Elegant Solar, Inc., et al.,

Defendants.

Case No. 23-cv-00790
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff Jorge Rojas
and against defendants Elegant Solar, Inc. Nicole Marko, Elliott Marko, jointly and severally, in the amount of $3000.00,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover costs from defendants.

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 5/24/2023

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk