AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against Elegant Solar, Inc, Elliott Marko, Nicole Marko (joint and several) ,
                                                                         *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |

TOTAL    $_____
$1172.37

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

        I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐    Electronic service            ☐    First class mail, postage prepaid

☐    Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                                    Date: _____
     *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
_____                          _____                          _____
*Clerk of Court*                   *Deputy Clerk*                      *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost |
|---|---|---|---|---|---|---|---|
| **NAME , CITY AND STATE OF RESIDENCE** | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Each Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **TOTAL** | |

*Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)* appears at the top of the table.

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

### *ITEMIZATION OF COSTS*

**Fees of the Clerk.**
Requested amount is $402. Dkt. 6 demonstrates this filing fee was paid.

**Fees for service of summons and subpoena**
Defendants failed to waive service despite the mailing of a waiver request. Plaintiff, judgment now having been entered, seeks the costs of service of the summons in the Bill of Costs. Additionally, Defendants were evasive in service, and necessitated a various set of means to serve them. Justification for each item below is provided.

| Party | Description | Supporting Doc | Total |
|---|---|---|---|
| Elegant Solar | Service of process – SOS listed address (ABC) | Exhibit 1 p. 1 | $75.00 |
| Mrs. Marko | Service of process – SOS listed address (ABC) | Exhibit 1 p. 2 | $75.00 |
| Mr. Marko | Service of process – SOS listed address (ABC) | Exhibit 1 p. 2 | $75.00 |
| *Service of process was attempted to the address listed for each Defendant with the Arizona Secretary of State. Defendants turned out to no longer be at that address.* | | | |
| Elegant Solar | Service of process – Rafael Ave Address (ABC) | Exhibit 1 p. 3 | $75.00 |
| Mr. Marko | Service of process – Rafael Ave Address (ABC) | Exhibit 1 p. 4 | $75.00 |
| Mrs. Marko | Service of process – Rafael Ave Address (ABC) | Exhibit 1 p. 5 | $75.00 |
| *Service of process was attempted to an alternate address found to be for the Defendants from Arizona property records. Defendants were evasive in the traditional service attempts – necessitating Plaintiff seeking alternative service – which was granted.* | | | |
| Elegant Solar | Mailing of service of process paperwork to AZ Corporation Commission ($8.88) | Exhibit 1 p. 6 | $8.88 |
| Elegant Solar | Service of process fee for AZ Corporation Commission | Exhibit 1 p. 7 | $25.00 |
| Elegant Solar | Records request mailing to AZ Corporation Commission | Exhibit 1 p. 8 | $1.26 |
| Elegant Solar | Records request fee to AZ Corporation Commission | Exhibit 1 p. 9 | $10.00 |
| *Service of process was submitted to the State of AZ pursuant to AZ law to serve the corporate entity. The fees above were necessary for the service itself as well as to obtain the records proving that service was performed via this method.* | | | |
| Elegant Solar | Motion for alternative service mailing fee | Exhibit 1 p. 10 | $1.74 |
| Mrs. Marko | Motion for alternative service mailing fee | Exhibit 1 p. 11 | $1.74 |
| Mr. Marko | Motion for alternative service mailing fee | Exhibit 1 p. 12 | $1.74 |
| *These costs were necessary in order to obtain the order approving alternative service on Defendants. These costs should also be taxable under Fed. R. Civ. P. 4 for failure to waive service of process.* | | | |
| Elegant Solar | Service of process via alternative means (ASAP) | Exhibit 1 p. 13 | $44.72 |
| Mrs. Marko | Service of process via alternative means (ASAP) | Exhibit 1 p. 13 | $44.72 |
| Mr. Marko | Service of process via alternative means (ASAP) | Exhibit 1 p. 13 | $44.72 |
| *These costs were necessary in order to comply with the alternative service order.* | | | |
| **TOTALS** | | | |
| All Defendants | Requested to be jointly and severally amongst all Defendants | | $634.52 |

**Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case.**

| Docket Item | Page Count | Copies Made | Total Pages |
|---|---|---|---|
| 1 – Complaint | 9 | 4 | 36 |
| Request to Waive Service Form | 1 | 3 | 3 |
| Notice of a Lawsuit Form | 1 | 3 | 3 |
| 2 – Civil Cover Sheet | 2 | 4 | 8 |
| 3 – Pro Se Appearance Form | 1 | 4 | 4 |
| 7 – Motion to Extend Time to Serve | 3 | 4 | 12 |
| 9 – Motion for alternative service | 16 | 4 | 64 |
| 14 – First Amended Complaint | 12 | 4 | 48 |
| 15 – Request to Enter Default Mr. Marko | 2 | 4 | 8 |
| 16 - Request to Enter Default Mrs. Marko | 2 | 4 | 8 |
| 17 - Request to Enter Default Elegant Solar | 2 | 4 | 8 |
| 18 – Entry of Default | 1 | 4 | 4 |
| 19 – Motion for Default Judgment | 58 | 4 | 232 |
| 20 – Notice of Motion for Default Judgment | 1 | 4 | 4 |
| 21 – Order on Dkt. 19 | 1 | 3 | 3 |
| 22 – Judgment | 1 | 3 | 3 |
| **TOTAL** | | | **448 Pages** |

Requested at $0.10 a page, requested amount is $44.80. Four copies requested when Plaintiff made a copy of the document for his own use in this case – for example for bringing the document to the oral argument on May 24, 2023.

**Other Costs**
Plaintiff incurred the following documented costs in postage.

| Print Date | Amount Paid | Recipient | Tracking # | Carrier | Class Service |
|---|---|---|---|---|---|
| **5/24/2023** | $1.50 | Nicole Marko, 11441 E RAFAEL AVE, Mesa, AZ 85212-4194 | 00040206203512433670 | USPS | First Class (R) |
| **5/24/2023** | $1.50 | Elliott Marko, 11441 E Rafael Ave, Mesa, AZ 85212-4194 | 00040206203512433676 | USPS | First Class (R) |

| | | | | | |
|---|---|---|---|---|---|
| **5/24/2023** | $1.50 | Elegant Solar Inc, c/o Elliott Marko , 10206 E Nichols Ave, Mesa, AZ 85209-7935 | 00040206203512433675 | USPS | First Class (R) |
| **5/16/2023** | $3.42 | Elliott Marko, 11441 E RAFAEL AVE, Mesa, AZ 85212-4194 | 00040206203512365664 | USPS | First Class (R) |
| **5/16/2023** | $3.42 | Nicole Marko, 11441 E RAFAEL AVE, Mesa, AZ 85212-4194 | 00040206203512365668 | USPS | First Class (R) |
| **5/16/2023** | $3.42 | Elliott Marko, re: Elegant Solar, Inc, 11441 E RAFAEL AVE, Mesa, AZ 85212-4194 | 00040206203512365662 | USPS | First Class (R) |
| **5/16/2023** | $3.42 | Elegant Solar Inc, c/o Elliott Marko , 10206 E Nichols Ave, Mesa, AZ 85209-7935 | 00040206203512365665 | USPS | First Class (R) |
| **5/15/2023** | $1.26 | Nicole Marko, 11441 E RAFAEL AVE, Mesa, AZ 85212-4194 | 00040206203512102097 | USPS | First Class (R) |
| **5/15/2023** | $1.26 | Elliott Marko, re: Elegant Solar, Inc, 11441 E RAFAEL AVE, Mesa, AZ 85212-4194 | 00040206203512102094 | USPS | First Class (R) |
| **5/15/2023** | $1.26 | Elegant Solar Inc, c/o Elliott Marko , 10206 E Nichols Ave, Mesa, AZ 85209-7935 | 00040206203512102096 | USPS | First Class (R) |
| **5/12/2023** | $1.50 | Nicole Marko, 11441 E RAFAEL AVE, Mesa, AZ 85212-4194 | 00040206203512632756 | USPS | First Class (R) |
| **5/12/2023** | $1.50 | Elliott Marko, re: Elegant Solar, Inc, 11441 E RAFAEL AVE, Mesa, AZ 85212-4194 | 00040206203512632752 | USPS | First Class (R) |
| **5/12/2023** | $1.50 | Elegant Solar Inc, c/o Elliott Marko , 10206 E Nichols Ave, Mesa, AZ 85209-7935 | 00040206203512632710 | USPS | First Class (R) |
| **4/22/2023** | $1.98 | Nicole Marko , 11441 E RAFAEL AVE, Mesa, AZ 85212-4194 | 00040206203518472368 | USPS | First Class (R) |

| 4/22/2023 | $1.98 | Elliott Marko , re: Elegant Solar, Inc, 11441 E RAFAEL AVE, Mesa, AZ 85212-4194 | 00040206203518472362 | USPS | First Class (R) |
|---|---|---|---|---|---|
| 4/22/2023 | $1.98 | Elliott Marko , 11441 E RAFAEL AVE, Mesa, AZ 85212-4194 | 00040206203518472365 | USPS | First Class (R) |
| 4/22/2023 | $1.98 | Elegant Solar Inc, c/o Elliott Marko , 10206 E Nichols Ave, Mesa, AZ 85209-7935 | 00040206203518472369 | USPS | First Class (R) |
| 4/11/2023 | $1.74 | Nicole Marko, 11441 E Rafael Ave, Mesa, AZ 85212-4194 | 00040206203518676355 | USPS | First Class (R) |
| 4/11/2023 | $1.74 | Elliott Marko, 11441 E Rafael Ave, Mesa, AZ 85212-4194 | 00040206203518676359 | USPS | First Class (R) |
| 4/11/2023 | $1.74 | Elegant Solar Inc, c/o Elliott Marko , 10206 E Nichols Ave, Mesa, AZ 85209-7935 | 00040206203518676313 | USPS | First Class (R) |
| 4/8/2023 | $1.50 | Elliott Marko , 11441 E Rafael Ave, Mesa, AZ 85212-4194 | 00040206203516524982 | USPS | First Class (R) |
| 4/8/2023 | 8.88 | Nicole Marko , 11441 E Rafael Ave, Mesa, AZ 85212-4194 | 1ZT84T564298973618 | UPS | UPS Ground |
| 4/8/2023 | $14.43 | Elegant Solar Inc, c/o Elliott Marko , 10206 E Nichols Ave, Mesa, AZ 85209-7935 | 1ZT84T564298233604 | UPS | UPS Ground |
| 2/22/2023 | $8.88 | Nicole Marko , 10206 E Nichols Ave, Mesa, AZ 85209-7935 | 1ZT84T560393168071 | UPS | UPS Ground |
| 2/22/2023 | $8.88 | Elliott Marko , 10206 E Nichols Ave, Mesa, AZ 85209-7935 | 1ZT84T560390574066 | UPS | UPS Ground |
| 2/22/2023 | $8.88 | Elegant Solar Inc, c/o Elliott Marko , 10206 E Nichols Ave, Mesa, AZ 85209-7935 | 1ZT84T560390651259 | UPS | UPS Ground |

The total postage costs were $91.05 as to all Defendants. Plaintiff believes postage is a taxable expense – but recognizes that Courts are split on this issue. "this court has construed section 1920

to include amounts spent on filing fees, postage, telephone calls and delivery charges, see *Burda v. M. Ecker Co.*, 2 F.3d 769, 778 (7th Cir. 1993).

Plaintiff seeks the above costs in connection with costs incurred in the process of litigating this case against all Defendants.

/s/ Jorge Alejandro Rojas